■ BRADFORD BOARD OF EDUCATION, Appellant, v ANTHONY J. SAVINO, Respondent. (Appeal No. 2.)—Judgment unanimously modified by striking the third decretal paragraph and, as modified, affirmed, without costs. Same memorandum as in *Matter of Savino v Bradford Cent. School Dist. Bd. of Educ.*, Appeal No. 1 (75 AD2d 994). (Appeal from judgment of Steuben Supreme Court—declaratory judgment.) Present—Simons, J. P., Schnepp, Callahan, Doerr and Moule, JJ.